Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
ARISTIDES G. TZIKAS, ESQ. (SBN 85822)
atzikas@mathenysears.com
RENEE G. CASH, ESQ. (SBN 213498)
rcash@mathenysears.com
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendants, STEVEN RANDALL WEATHERBY, THOMAS CARTER WEATHERBY and SUSAN WEATHERBY-BALES, individually and as CO-TRUSTEES OF THE CORILLE v. WEATHERBY 1999 IRREVOCABLE TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MINH R. PHAM, individually and dba TM NOODLE; WENDY PHAM, individually and dba TM NOODLE; RADIO SHACK CORPORATION, individually and dba RADIO SHACK #01-3219; ANGELA CHUONG, individually and dba HAIR DOS; STEVEN RANDALL WEATHERBY, individually and as CO-TRUSTEE OF THE CORILLE v. WEATHERBY 1999 REVOCABLE TRUST DATED JULY 26, 1999; THOMAS CARTER WEATHERBY, individually and as CO-TRUSTEE OF THE CORILLE v. WEATHERBY 1999 REVOCABLE TRUST DATED JULY 26, 1999; SUSAN WEATHERBY-BALES, individually and as CO-TRUSTEE OF THE CORILEE v. WEATHERBY 1999 REVOCABLE TRUST DATED JULY 26, 1999,<br><br>　　　　Defendants. | Case No. 2:08-CV-02418-FCD-GGH<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between plaintiff SCOTT JOHNSON (Plaintiff) and defendants, STEVEN RANDALL WEATHERBY, THOMAS

*Proof of Service*

CARTER WEATHERBY AND SUSAN WEATHERBY-BALES, individually and as Co-trustees of the Corilee v. Weatherby 1999 Irrevocable Trust dated July 26, 1999, MINH R. PHAM, WENDY PHAM and ANGELA CHUONG, by and through their attorneys of record, that the Plaintiff's Entry of Default against Defendants MINH R. PHAM, WENDY PHAM and ANGELA CHUONG is hereby set aside. This stipulation is based upon the following facts constituting good cause: Defendants MINH R. PHAM, WENDY PHAM and ANGELA CHUONG are now represented by counsel, Aristides Tzikas, Esq. of Matheny, Sears, Linkert & Jaime LLP. Unfortunately, representation was not confirmed until after the deadline to file an Answer because of communication problems between these said Defendants and their current counsel.

       IT IS FURTHER STIPULATED that Defendants MINH R. PHAM, WENDY PHAM and ANGELA CHUONG will file an Answer within one (1) week of the Entry of Default being set aside.

Dated: February 16, 2009        By_____/S/ Scott Johnson_____
                                      SCOTT N. JOHNSON,
                                      Attorney for Plaintiff SCOTT JOHNSON

Dated: February 12, 2009        MATHENY SEARS LINKERT & JAIME

                                      By____/S/ Aristides G. Tzikas, Esq.____
                                      ARISTIDES G. TZIKAS, ESQ.
                                      RENEE G. CASH, ESQ.
                                      Attorney for Defendants STEVEN RANDALL WEATHERBY, THOMAS CARTER WEATERHBY AND SUSAN WEATHERBY-BALES, individually and as Co-trustees of the Corilee v. Weatherby 1999 Irrevocable Trust dated July 26, 1999, MINH R. PHAM, WENDY PHAM and ANGELA CHUONG

**IT IS SO ORDERED.**

Dated: March 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE